IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL S. PADILLA,

    Plaintiff,

v.

S. SUNEJA, M.D.; JAMIA KLAUSING; LORI SNIDER, R.N.; A. TARIQ, M.D.; SHIRLEY SHAW; CINDY GUEBERT, R.N.; ROGER SHOENBECK; NICK CHANDLER; BEVERLY HICKMAN; S.T.A. SHAWN; S.T.A. BILL; S.T.A. JEREMY; S.T.A. ADAM; S.T.A. ZACHERY; and O.I.G. RUSSELL HECK,

    Defendants.

Case No. 12-cv-18-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** August 30, 2013    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**